UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-111-3H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYQUAN MALIK ANSLEY | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 130 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office for the Eastern District of North Carolina, counsel for the defendant, and the U.S. Probation Office.

IT IS SO ORDERED, this 28th day of August 2017.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE