UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-111-3H

UNITED STATES OF AMERICA

v.

TYQUAN MALIK ANSLEY

ORDER

On motion of the Defendant, Tyquan Malik Ansley, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry 162 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the 30th day of October 2017.

MALCOLM J. HOWARD
Senior United States District Judge