IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-111-3H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYQUAN MALIK ANSLEY | ) | |
| | ) | |

This matter is before the court on defendant's letter, which this court construes as a motion to run his federal sentence concurrently with his state sentence.

A review of the record reveals that this court specifically ordered at sentencing, as memorialized in the judgment, that defendant's sentence shall run consecutively to his sentence of imprisonment under any other state or federal sentence. The court finds no reason to alter or amend its prior ruling. Therefore, the motion [DE #479] is DENIED.

This 14th day of April 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26